■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIMAS PEDRO, Also Known as PEDRO DIMAS, Appellant. [822 NYS2d 474]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Westchester County (Walker, J.), imposed June 30, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Goldstein, Rivera and Lifson, JJ., concur.